**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| REGINALD LAVON JACKSON, | ) | CASE NO.: **24-54209-SMS** |
| | ) | |
| Debtor. | ) | |
| REGINALD LAVON JACKSON, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | ADV. PRO. NO. _____ |
| | ) | |
| BROCK BUILT HOMES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## COMPLAINT TO RECOVER PREFERENTIAL PAYMENTS

COMES NOW Reginald Lavon Jackson ("Plaintiff" or "Debtor"), by and through undersigned counsel and presents the complaint to recover a preferential payment.

**The Parties**

1. Plaintiff is the Debtor in the above captioned bankruptcy case.

2. Brock Built Homes, LLC ("Defendant") is headquartered in 280 Interstate North Circle, Suite 400, Atlanta, GA, 30339 and is the holder of a loan secured by certain real property in which the Debtor has an interest. Said real property is security for a Judgment lien from a lawsuit.

**Jurisdiction and Venue**

3. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334 and §157 in that this action arises in and relates to the bankruptcy case, In re Jennifer Kaup, case number 23 B 07000, filed on May 26, 2023, and presently presiding before this Court. Count I of this complaint is a core proceeding under 28 U.S.C. § 157(b)(2)(F).

4. Venue is proper in this district under 28 U.S.C. § 1409(a)

**Factual Allegations**

5. Plaintiff's bankruptcy case was filed on April 26, 2024, by the filing of a Voluntary Petition for relief in Bankruptcy under Chapter 13 Title 11 of the United of the United States Code.

6. Defendant, Brock Built Homes LLC is a Domestic Limited Liability Company and is subject to the jurisdiction of this Court. Respondent may be served under Bankruptcy Rule 7004 by serving creditor's address, 280 Interstate North Circle, Suite 400, Atlanta, GA, 30339

7. Plaintiff entered into a Judgment lien from a lawsuit with Respondent for back money for services that Debtor's company had provided and Brock Built Homes, LLC had paid for.

8. Brock Built Homes, LLC alleges that the services from Debtor's company were never rendered, resulting in the Judgment lien.

9. On April 26, 2024, Plaintiff filed his Chapter 13 Voluntary Petition listing a Judgment lien from a lawsuit, debt owed to Brock Built Homes LLC for back pay for services that were allegedly never rendered. The estimated amount of arrearage is $56,655.45. The Notice of Bankruptcy Filing was sent to Defendant on April 26, 2024.

10. After receiving Notice of the Bankruptcy, Brock Built Homes LLC, has repeatedly violated the Automatic Stay. The Brock Built Homes LLC has garnished the Plaintiff with the amount of $6,911.48 from Plaintiff`s paystubs 90-days before filing.

11. Specifically, the pre-petition garnishments are as follows: the January 29, 2024 paystub was garnished $1,151.94; the February 15, 2024 paystub was garnished $1,151.94; the February 29, 2024 paystub was garnished $1,151.93; the March 15, 2024 paystub was garnished $1,151.94; the March 29, 2024 paystub was garnished $1,151.94; the April 15, 2024 paystub was garnished $1,151.79. (See Exhibit A)

12. The payments received by Defendant were received by the defendant within 90 days before the date the petition was filed and are over $600.00.

13. The payments received by the Defendant were on account of an antecedent debt.

14. The payments received by the Defendant were received while Plaintiff was insolvent.

15. The payments received by the Defendant enabled it to receive more than it would receive in this Chapter 13 case if the transfer had not been made.

16. The transfer of the money withheld from Plaintiff's wages is a preferential transfer under 11 U.S.C. § 547(b).

17. Pursuant to 11 U.S.C. § 522(h), the Plaintiff is therefore authorized to avoid the preferential transfer.

18. Debtor asks the Court to Avoid the transfer to Defendant, Brock Built Homes LLC, of the garnished wages of Plaintiff-Debtor, Reginald Lavon Jackson and in favor of Plaintiff-Debtor, Reginald Lavon Jackson, and against Defendant, Brock Built Homes LLC, in the amount of $6,911.48.

WHEREFORE, Plaintiff prays this Honorable Court for the following relief:

A. This Honorable Court to Avoid the transfer to Defendant, Brock Built Homes LLC, of the garnished wages of Plaintiff-Debtor, Reginald Lavon Jackson and in favor of Plaintiff-Debtor, Reginald Lavon Jackson, and against Defendant, Brock Built Homes LLC, in the amount of $6,911.48.

B. Directing Defendant to cease all collection activities and/or to appear before the Court and show cause why they should not be garnished

C. Turnover the $6,911.48 garnished wages back to the Plaintiff.

D. For such other relief that this Court deems just and proper.

Respectfully submitted,

Dated: September 27, 2024

    /s/
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
6125 Old National Hwy,
Suite 121
Atlanta, Georgia 30349
678-673-2174
ppierson@SemradLaw.com
**Attorney for Plaintiff**