Exhibit A

# Earnings Statement

**ADP**

HOLDER CONSTRUCTION GROUP, LLC
3300 RIVERWOOD PKWY STE 1200
ATLANTA, GA 30339
770-988-3000

Period Beginning: 01/13/2024
Period Ending: 01/31/2024
Pay Date: 01/31/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

REGINALD JACKSON
6167 INDIAN WOOD CIRCLE SE
MABLETON GA 30126

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4895.83 | 97.50 | 4,895.83 | 9,791.66 |
| Cell/Data Plan | | | 82.50 | 165.00 |
| Ltd Core Er | | | 4.41 | 8.82 |
| **Gross Pay** | | | **$4,982.74** | 9,965.48 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -303.91 | 607.83 |
| Medicare Tax | | -71.07 | 142.15 |
| **Other** | | | |
| Dental A Family | | -69.84* | 139.68 |
| GARNISHMENT | | -1,151.94 | 2,303.87 |
| ID Protect Fami | | -8.98 | 17.96 |
| LTD Buyup | | -15.18 | 30.36 |
| LTD Core ER | | -4.41 | 8.82 |
| Vision B Family | | -11.02* | 22.04 |
| 401KContri | | -146.87* | 293.74 |
| **Net Pay** | | **$3,199.52** | |
| CHECKING | | -3,199.52 | |
| **Net Check** | | **$0.00** | |

Other Benefits and Information | this period | total to date
--- | --- | ---
Totl Hrs Worked | 97.50 |

**Important Notes**
COMPANY PH#:(770) 988-3000

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0,Tax Blocked

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,755.01

© 2000 ADP, Inc.

---

HOLDER CONSTRUCTION GROUP, LLC
3300 RIVERWOOD PKWY STE 1200
ATLANTA, GA 30339
770-988-3000

Advice number:
Pay date: 01/31/2024

Deposited to the account of
REGINALD JACKSON

account number   transit ABA   amount
                              $3,199.52

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement 

HOLDER CONSTRUCTION GROUP, LLC
3300 RIVERWOOD PKWY STE 1200
ATLANTA, GA 30339
770-988-3000

Period Beginning: 02/01/2024
Period Ending: 02/15/2024
Pay Date: 02/15/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

REGINALD JACKSON
6167 INDIAN WOOD CIRCLE SE
MABLETON GA 30126

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4895.83 | 97.50 | 4,895.83 | 14,687.49 |
| Cell/Data Plan | | | 82.50 | 247.50 |
| Ltd Core Er | | | 4.41 | 13.23 |
| AutoAllowan | | | | 1,000.00 |
| **Gross Pay** | | | **$4,982.74** | 15,948.22 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -303.92 | 973.75 |
| | Medicare Tax | -71.08 | 227.73 |
| | **Other** | | |
| | Dental A Family | -69.84* | 209.52 |
| | GARNISHMENT | -1,151.93 | 3,455.80 |
| | ID Protect Fami | -8.98 | 26.94 |
| | LTD Buyup | -15.18 | 45.54 |
| | LTD Core ER | -4.41 | 13.23 |
| | Vision B Family | -11.02* | 33.06 |
| | 401KContri | -146.87* | 440.61 |
| | **Net Pay** | **$3,199.51** | |
| | CHECKING | -3,199.51 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 97.50 | |

**Important Notes**
COMPANY PH#:(770) 988-3000

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:    Single
Exemptions/Allowances:
  GA:    0,Tax Blocked

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,755.01

© 2000 ADP, Inc.

---

HOLDER CONSTRUCTION GROUP, LLC
3300 RIVERWOOD PKWY STE 1200
ATLANTA, GA 30339
770-988-3000

Advice number:
Pay date: 02/15/2024

Deposited to the account of
REGINALD JACKSON

| account number | transit ABA | amount |
|---|---|---|
| | | $3,199.51 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

 

# Earnings Statement

| | |
|---|---|
| HOLDER CONSTRUCTION GROUP, LLC | Period Beginning: 02/16/2024 |
| 3300 RIVERWOOD PKWY STE 1200 | Period Ending: 02/29/2024 |
| ATLANTA, GA 30339 | Pay Date: 02/29/2024 |
| 770-988-3000 | |

Filing Status: Married filing jointly  
Exemptions/Allowances:  
    Federal: Tax blocked

REGINALD JACKSON  
6167 INDIAN WOOD CIRCLE SE  
MABLETON GA 30126

### Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4895.83 | 97.50 | 4,895.83 | 19,583.32 |
| Cell/Data Plan | | | 82.50 | 330.00 |
| Ltd Core Er | | | 4.41 | 17.64 |
| AutoAllowan | | | | 1,000.00 |
| **Gross Pay** | | | **$4,982.74** | 20,930.96 |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Social Security Tax | -303.92 | 1,277.67 |
| Medicare Tax | -71.08 | 298.81 |

**Other**

| | | |
|---|---|---|
| Dental A Family | -69.84* | 279.36 |
| GARNISHMENT | -1,151.93 | 4,607.73 |
| ID Protect Fami | -8.98 | 35.92 |
| LTD Buyup | -15.18 | 60.72 |
| LTD Core ER | -4.41 | 17.64 |
| Vision B Family | -11.02* | 44.08 |
| 401KContri | -146.87* | 587.48 |
| **Net Pay** | **$3,199.51** | |
| CHECKING | -3,199.51 | |
| **Net Check** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 97.50 | |

### Important Notes
COMPANY PH#:(770) 988-3000

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable Marital Status:  
  GA:    Single  
Exemptions/Allowances:  
  GA:    0,Tax Blocked

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,755.01

© 2000 ADP, Inc.

---

HOLDER CONSTRUCTION GROUP, LLC  
3300 RIVERWOOD PKWY STE 1200  
ATLANTA, GA 30339  
770-988-3000

Advice number:  
Pay date: 02/29/2024

Deposited to the account of  
**REGINALD JACKSON**

| account number | transit ABA | amount |
|---|---|---|
| | | $3,199.51 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement



| | |
|---|---|
| HOLDER CONSTRUCTION GROUP, LLC | Period Beginning: 03/01/2024 |
| 3300 RIVERWOOD PKWY STE 1200 | Period Ending: 03/15/2024 |
| ATLANTA, GA 30339 | Pay Date: 03/15/2024 |
| 770-988-3000 | |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Tax blocked

REGINALD JACKSON
6167 INDIAN WOOD CIRCLE SE
MABLETON GA 30126

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4895.83 | 97.50 | 4,895.83 | 24,479.15 |
| Cell/Data Plan | | | 82.50 | 412.50 |
| Ltd Core Er | | | 4.41 | 22.05 |
| AutoAllowan | | | | 2,000.00 |
| **Gross Pay** | | | **$4,982.74** | 26,913.70 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -303.91 | 1,643.58 |
| Medicare Tax | -71.08 | 384.39 |

Other
| | | |
|---|---|---|
| Dental A Family | -69.84* | 349.20 |
| GARNISHMENT | -1,151.94 | 5,759.67 |
| ID Protect Fami | -8.98 | 44.90 |
| LTD Buyup | -15.18 | 75.90 |
| LTD Core ER | -4.41 | 22.05 |
| Vision B Family | -11.02* | 55.10 |
| 401KContri | -146.87* | 734.35 |
| **Net Pay** | **$3,199.51** | |
| CHECKING | -3,199.51 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 97.50 |

**Important Notes**
COMPANY PH#:(770) 988-3000

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:    Single
Exemptions/Allowances:
  GA:    0,Tax Blocked

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,755.01

© 2000 ADP, Inc.

---

HOLDER CONSTRUCTION GROUP, LLC
3300 RIVERWOOD PKWY STE 1200
ATLANTA, GA 30339
770-988-3000

Advice number:
Pay date: 03/15/2024

**Deposited to the account of**     account number     transit ABA     amount
REGINALD JACKSON                                                                                                $3,199.51

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

HOLDER CONSTRUCTION GROUP, LLC
3300 RIVERWOOD PKWY STE 1200
ATLANTA, GA 30339
770-988-3000

Period Beginning: 03/16/2024
Period Ending: 03/31/2024
Pay Date: 03/29/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

REGINALD JACKSON
6167 INDIAN WOOD CIRCLE SE
MABLETON GA 30126

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4895.83 | 97.50 | 4,895.83 | 29,374.98 |
| Cell/Data Plan | | | 82.50 | 495.00 |
| Ltd Core Er | | | 4.41 | 26.46 |
| AutoAllowan | | | | 2,000.00 |
| **Gross Pay** | | | **$4,982.74** | 31,896.44 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -303.92 | 1,947.50 |
| Medicare Tax | -71.07 | 455.46 |

Other
| | | |
|---|---|---|
| Dental A Family | -69.84* | 419.04 |
| GARNISHMENT | -1,151.94 | 6,911.61 |
| ID Protect Fami | -8.98 | 53.88 |
| LTD Buyup | -15.18 | 91.08 |
| LTD Core ER | -4.41 | 26.46 |
| Vision B Family | -11.02* | 66.12 |
| 401KContri | -146.87* | 881.22 |

**Net Pay**  **$3,199.51**
CHECKING  -3,199.51
**Net Check**  **$0.00**

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 97.50 |

**Important Notes**
COMPANY PH#:(770) 988-3000

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA: Single
Exemptions/Allowances:
 GA: 0,Tax Blocked

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,755.01

© 2000 ADP, Inc.

---

HOLDER CONSTRUCTION GROUP, LLC
3300 RIVERWOOD PKWY STE 1200
ATLANTA, GA 30339
770-988-3000

Advice number:
Pay date: 03/29/2024

Deposited to the account of   account number   transit ABA   amount
REGINALD JACKSON                                           $3,199.51

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement 

| | |
|---|---|
| HOLDER CONSTRUCTION GROUP, LLC | Period Beginning: 04/01/2024 |
| 3300 RIVERWOOD PKWY STE 1200 | Period Ending: 04/15/2024 |
| ATLANTA, GA 30339 | Pay Date: 04/15/2024 |
| 770-988-3000 | |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

REGINALD JACKSON
6167 INDIAN WOOD CIRCLE SE
MABLETON GA 30126

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4895.83 | 97.50 | 4,895.83 | 34,270.81 |
| Cell/Data Plan | | | 82.50 | 577.50 |
| Ltd Core Er | | | 4.41 | 30.87 |
| AutoAllowan | | | | 3,000.00 |
| **Gross Pay** | | | **$4,982.74** | 37,879.18 |

## Deductions

### Statutory
| | | |
|---|---|---|
| Social Security Tax | -304.39 | 2,313.89 |
| Medicare Tax | -71.19 | 541.15 |

### Other
| | | |
|---|---|---|
| Dental A Family | -62.16* | 481.20 |
| GARNISHMENT | -1,151.79 | 8,063.40 |
| ID Protect Fami | -8.98 | 62.86 |
| LTD Buyup | -15.18 | 106.26 |
| LTD Core ER | -4.41 | 30.87 |
| Vision B Family | -11.02* | 77.14 |
| 401KContri | -146.87* | 1,028.09 |

| | |
|---|---|
| **Net Pay** | **$3,206.75** |
| CHECKING | -3,206.75 |
| **Net Check** | **$0.00** |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 97.50 |

### Important Notes
COMPANY PH#:(770) 988-3000

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0,Tax Blocked

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,762.69

© 2000 ADP, Inc.

---

HOLDER CONSTRUCTION GROUP, LLC
3300 RIVERWOOD PKWY STE 1200
ATLANTA, GA 30339
770-988-3000

Advice number:
Pay date: 04/15/2024

Deposited to the account of
REGINALD JACKSON

| account number | transit ABA | amount |
|---|---|---|
| | | $3,206.75 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement



| | |
|---|---|
| HOLDER CONSTRUCTION GROUP, LLC | Period Beginning: 04/16/2024 |
| 3300 RIVERWOOD PKWY STE 1200 | Period Ending: 04/30/2024 |
| ATLANTA, GA 30339 | Pay Date: 04/30/2024 |
| 770-988-3000 | |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Tax blocked

REGINALD JACKSON
6167 INDIAN WOOD CIRCLE SE
MABLETON GA 30126

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4895.83 | 97.50 | 4,895.83 | 39,166.64 |
| Cell/Data Plan | | | 82.50 | 660.00 |
| Ltd Core Er | | | 4.41 | 35.28 |
| AutoAllowan | | | | 3,000.00 |
| **Gross Pay** | | | **$4,982.74** | 42,861.92 |

## Deductions

### Statutory

| | this period | year to date |
|---|---|---|
| Social Security Tax | -304.39 | 2,618.28 |
| Medicare Tax | -71.19 | 612.34 |

### Other

| | this period | year to date |
|---|---|---|
| Dental A Family | -62.16* | 543.36 |
| GARNISHMENT | -1,151.79 | 9,215.19 |
| ID Protect Fami | -8.98 | 71.84 |
| LTD Buyup | -15.18 | 121.44 |
| LTD Core ER | -4.41 | 35.28 |
| Vision B Family | -11.02* | 88.16 |
| 401KContri | -146.87* | 1,174.96 |
| **Net Pay** | **$3,206.75** | |
| CHECKING | -3,206.75 | |
| **Net Check** | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 97.50 |

### Important Notes
COMPANY PH#:(770) 988-3000

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0,Tax Blocked

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,762.69

© 2000 ADP, Inc.

---

HOLDER CONSTRUCTION GROUP, LLC
3300 RIVERWOOD PKWY STE 1200
ATLANTA, GA 30339
770-988-3000

Advice number:
Pay date: 04/30/2024

Deposited to the account of
REGINALD JACKSON

| account number | transit ABA | amount |
|---|---|---|
| | | $3,206.75 |



**NON-NEGOTIABLE**